# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MALIK SHAKUR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number CIV-05-983-C |
| ) | |
| BRIDGESTONE/FIRESTONE, INC., ) | |
| its divisions and subsidiary manufacturing ) | |
| companies, d/b/a DAYTON TIRE, and ) | |
| UNITED STEEL WORKERS OF ) | |
| AMERICA, LOCAL NO. 998, ) | |
| ) | |
| Defendants. ) | |

## **J U D G M E N T**

Upon consideration of the pleadings in the instant action, the Court finds that the Motions for Summary Judgment filed by Defendant Bridgestone/Firestone, Inc., d/b/a Dayton Tire (Bridgestone) and Defendant United Steel Workers of America, Local No. 998L (Union) should be granted. Judgment is therefore entered on behalf of Defendants Bridgestone and Union and against Plaintiff Malik Shakur.

IT IS SO ORDERED this 29th day of June, 2006.

*[signature]*

ROBIN J. CAUTHRON
United States District Judge